No. 926. OTTEN *v.* STATEN ISLAND RAPID TRANSIT RAILWAY CO. ET AL. C. A. 2d Cir. Certiorari denied. *Leone Pecoraro* for petitioner. *Edwin H. Burgess* and *Sydney R. Prince, Jr.* for the Staten Island Rapid Transit Railway Co., and *Milton Kramer* and *Lester P. Schoene* for the International Brotherhood of Electrical Workers, respondents.

No. 931. BALTIMORE & OHIO RAILROAD CO. *v.* CONNELL, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *E. H. Burgess* and *Kenneth H. Ekin* for petitioner. *George Henry Lavan* for respondent.

No. 933. ALVADO ET AL. *v.* GENERAL MOTORS CORP. C. A. 2d Cir. Certiorari denied. *Sheldon E. Bernstein* for petitioners. *Henry M. Hogan* for respondent.

No. 934. AMERICAN EASTERN CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *J. Franklin Fort, John Cunningham* and *Israel Convisser* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 942. LENZ *v.* COBO, MAYOR OF DETROIT. Supreme Court of Michigan. Certiorari denied. *Craig Thompson* for petitioner. *G. Edwin Slater* for respondent.

No. 943. CAYWOOD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John P. Frank* and *Edwin Beauchamp* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.